IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, EX REL.
RAÚL TORREZ, ATTORNEY GENERAL,

        Plaintiff,

- v. -                                                 No. 1:23-CV-1115-DLM-KK

META PLATFORMS, INC.; INSTAGRAM, LLC;
META PAYMENTS, INC.; META PLATFORMS
TECHNOLOGIES, LLC; and
MARK ZUCKERBERG,

        Defendants.

## CERTIFICATE OF GOOD STANDING AND
## ENTRY OF APPEARANCE FOR TIMOTHY C. HESTER

    Pursuant to D.N.M. LR-Civ 83.3, John C. Anderson, a member of the Bar of the United States District Court for the District of New Mexico, certifies that Timothy C. Hester is a member in good standing of the Bar of District of Columbia. Timothy C. Hester hereby enters his appearance on behalf of Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC.

    DATED: December 21, 2023

                                                Respectfully submitted,

                                                **HOLLAND & HART LLP**

                                                By: */s/ John C. Anderson*
                                                John C. Anderson
                                                Olga M. Serafimova
                                                110 North Guadalupe, Suite 1
                                                Santa Fe, New Mexico 87501
                                                Tel: 505.988.4421
                                                jcanderson@hollandhart.com
                                                omserafimova@hollandhart.com

                                                - and –

**COVINGTON & BURLING LLP**

Nathan E. Shafroth *(pro hac vice)*
California Bar No. 232505
Salesforth Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-7053
nshafroth@cov.com

*/s/ Timothy C. Hester*
Timothy C. Hester *(pro hac vice)*
District of Columbia Bar No. 370707
One City Center
850 Tenth Street, NW
Washington, DC 20002-4956
Tel: (202) 662-5324
thester@cov.com

***Attorneys for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC***

## CERTIFICATE OF SERVICE

       I certify that on December 21, 2023, I filed the foregoing electronically with the Clerk of Court using CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James W. Grayson
Chief Deputy Attorney General
Raul Torrez, Attorney General of New Mexico
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: (505) 218-0850
Email: jgrayson@nmag.gov

Serena R. Wheaton
Assistant Attorney General
New Mexico Attorney General's Office
Consumer & Environmental Protection Division
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Phone: (505) 490-4846
Email: swheaton@nmag.gov

Linda Singer
David I. Ackerman
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Email: lsinger@motleyrice.com
Email: dackerman@motleyrice.com

                                        */s/ John C. Anderson*
                                        John C. Anderson