# EXHIBIT A

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |

NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants Meta Platforms, Inc.; Meta Payments, Inc.; Meta Platforms Technologies, LLC; Instagram, LLC; and Mark Zuckerberg write to notify the Clerk of the Panel of the following potential tag-along action to *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047.

1. *State of New Mexico, ex rel. Torres v. Meta Platforms, Inc. et al.*, Case No. 1:23-cv-01115, U.S. District Court for the District of New Mexico, Albuquerque Division (removed December 18, 2023).

Attached to this Notice are a Schedule of Action and, as Exhibit A, the docket sheet and complaint for this action. The complaint for this potential tag-along action shares common questions of fact and law with other actions previously transferred to MDL No. 3047. This case is therefore a "Tag-Along Action" for purposes of these proceedings.

Dated: December 18, 2023                     Respectfully submitted,

                                            /s/ Phyllis A. Jones

                                            Phyllis A. Jones
                                            COVINGTON & BURLING LLP
                                            One CityCenter
                                            850 Tenth Street, NW
                                            Washington, D.C. 20001
                                            Telephone: (202) 662-6000
                                            Email: pajones@cov.com

                                            *Attorney for Defendants Meta Platforms, Inc.; Meta Payments, Inc.; Meta Platforms Technologies, LLC; Instagram, LLC; and Mark Zuckerberg*