IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL. RAÚL TORREZ, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>Defendants. | Civ. No. 1:23-1115-DLM-KK |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITATION ON MOTION TO DISMISS

This matter comes before the Court on Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc, and Meta Platforms Technologies, LLC's (collectively, "Meta's") Unopposed Motion for Extension of Page Limitation on Motion to Dismiss. Doc. 3. The Court, having reviewed the motion, noting that it is unopposed, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be GRANTED.

It is hereby ORDERED that Meta may file a brief in support of its Motion to Dismiss not to exceed 35 pages in length. Plaintiff may file a response brief not to exceed 35 pages in length. Meta may then file a reply brief not to exceed 17 pages in length.

SO ORDERED

*Kirtan Khalsa*
KIRTAN KHALSA
United States Magistrate Judge

Submitted by:

By: */s/ John C. Anderson*
John C. Anderson
Olga M. Serafimova
HOLLAND & HART LLP
110 North Guadalupe, Suite 1
Santa Fe, New Mexico 87501
Tel: 505.988.4421
jcanderson@hollandhart.com
omserafimova@hollandhart.com

Nathan E. Shafroth *(pro hac vice)*
COVINGTON & BURLING LLP
California Bar No. 232505
Salesforth Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Tel: (415) 591-7053
nshafroth@cov.com

Timothy C. Hester *(pro hac vice)*
COVINGTON & BURLING LLP
District of Columbia Bar No. 370707
One City Center
850 Tenth Street, NW
Washington, DC 20002-4956
Tel: (202) 662-5324
thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC*

APPROVED:

James W. Grayson
Chief Deputy Attorney General
Raul Torrez, Attorney General of New Mexico
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: (505) 218-0850
Email: jgrayson@nmag.gov
*/s/ Serena R. Wheaton* (via email 12/21/23)

Serena R. Wheaton
Assistant Attorney General
New Mexico Attorney General's Office
Consumer & Environmental Protection Division
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Phone: (505) 490-4846
Email: swheaton@nmag.gov

Linda Singer
David I. Ackerman
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Email: lsinger@motleyrice.com
Email: dackerman@motleyrice.com

*Attorneys for Plaintiff*