IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL.,<br>RAÚL TORREZ, ATTORNEY GENERAL,<br><br>                            **Plaintiff,**<br><br>                - v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC;<br>META PAYMENTS, INC.; META PLATFORMS<br>TECHNOLOGIES, LLC; and<br>MARK ZUCKERBERG,<br><br>                            **Defendants.** | Civ. No. 1:23-1115-DLM-KK |

## DEFENDANTS' NOTICE OF EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR ORDER REQUIRING DEFENDANTS TO PRESERVE RELEVANT DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to D.N.M.LR-Civ. 7.4(a), and by agreement of the parties, the deadline for Defendants to file their response to Plaintiff's Motion for Order Requiring Defendants to Preserve Relevant Documents Concerning Meta Accounts Referenced in the Complaint, has been extended.

Defendants' response to said motion shall now be filed on or before **January 4, 2024**.[1]

DATED: December 22, 2023

                                                      Respectfully submitted,

                                                      **HOLLAND & HART LLP**

                                                      By: */s/ John C. Anderson*
                                                      John C. Anderson
                                                      Olga M. Serafimova

---

[1] The motion that is the subject of this notice was filed in state court prior to removal of this action and does not appear on the docket in this Court.

        110 North Guadalupe, Suite 1
        Santa Fe, New Mexico 87501
        Tel: 505.988.4421
        jcanderson@hollandhart.com
        omserafimova@hollandhart.com

        - and –

        **COVINGTON & BURLING LLP**

        */s/ Nathan E. Shafroth*
        Nathan E. Shafroth *(pro hac vice* forthcoming*)*
        California Bar No. 232505
        Salesforth Tower
        415 Mission Street, Suite 5400
        San Francisco, CA 94105-2533
        Tel: (415) 591-7053
        nshafroth@cov.com

        Timothy C. Hester *(pro hac vice* forthcoming*)*
        District of Columbia Bar No. 370707
        One City Center
        850 Tenth Street, NW
        Washington, DC 20002-4956
        Tel: (202) 662-5324
        thester@cov.com

        ***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

   I certify that on December 22, 2023, I filed the foregoing electronically with the Clerk of Court using CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James W. Grayson
Chief Deputy Attorney General
Raul Torrez, Attorney General of New Mexico
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: (505) 218-0850
Email: jgrayson@nmag.gov

Serena R. Wheaton
Assistant Attorney General
New Mexico Attorney General's Office
Consumer & Environmental Protection Division
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Phone: (505) 490-4846
Email: swheaton@nmag.gov

Linda Singer
David I. Ackerman
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Email: lsinger@motleyrice.com
Email: dackerman@motleyrice.com

                                                */s/ John C. Anderson*
                                                John C. Anderson