## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL. RAÚL TORREZ, ATTORNEY GENERAL,<br><br>    Plaintiff,<br><br>- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>    Defendants. | Civil Action No. 1:23-cv-01115-DLM-KK<br><br>*Removed from First Judicial District Court, County of Santa Fe, New Mexico, Case No. D-101-CV-2023-02838* |

## CERTIFICATE OF GOOD STANDING
## AND ENTRY OF APPEARANCE FOR LINDA SINGER

Pursuant to D.N.M. LR-CIV 83.3, Serena R. Wheaton, a member of the Bar of the United States District Court for the District of New Mexico, certifies that Linda Singer is a member in good standing of the Bars of New York and the District of Columbia. Linda Singer hereby enters her appearance on behalf of Plaintiff, State of New Mexico, ex rel. Raúl Torrez, Attorney General, in the above-captioned matter.

RESPECTFULLY SUBMITTED this 27th day of December, 2023.

                                            **RAÚL TORREZ**
                                            **ATTORNEY GENERAL OF NEW MEXICO**

                                            */s/ Serena R. Wheaton*
                                            **SERENA R. WHEATON**
                                            **ASSISTANT ATTORNEY GENERAL**
                                            New Mexico Attorney General's Office
                                            Consumer & Environmental Protection Division
                                            201 Third St. N.W., Suite 300
                                            Albuquerque, NM 87102

        Phone: (505) 490-4846
        Email: swheaton@nmag.gov

        */s/ Linda Singer*
        **LINDA SINGER**
        **MOTLEY RICE LLC**
        401 9th St., NW, Suite 630
        Washington, D.C. 20004
        Phone: (202) 232-5504
        Email: lsinger@motleyrice.com

## **CERTIFICATE OF SERVICE**

      I certify that on December 27, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John C. Anderson
Olga M. Serafimova
Holland & Hart LLP
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
jcanderson@hollandhart.com
omserafimova@hollandhart.com

Nathan E. Shafroth
Covington & Burling LLP
Salesforth Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
nshafroth@cov.com

Timothy C. Hester
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20002-4956
thester@cov.com

        */s/ Serena R. Wheaton*
        Serena R. Wheaton