### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL., RAÚL TORREZ, ATTORNEY GENERAL,<br><br>　　　　　Plaintiff,<br><br>　　- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>　　　　　Defendants. | No. 1:23-cv-01115-DLM-KK |

### DECLARATION OF TYLER HARMON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR ORDER REQUIRING DEFENDANTS TO PRESERVE RELEVANT DOCUMENTS CONCERNING META ACCOUNTS REFERENCED IN THE COMPLAINT

1

I, Tyler Harmon, declare and state as follows:

1.  I am a Law Enforcement Response Team Analyst at Meta Platforms, Inc. I submit this Declaration in support of Meta's Opposition to Plaintiff's Motion for Order Requiring Defendants to Preserve Relevant Documents Concerning Meta's Accounts Referenced in the Complaint ("Opposition"). The declaration is based on my personal knowledge and experience at Meta.

2.  When an account on Meta's Facebook or Instagram services is disabled, it is not typically immediately and automatically deleted and is instead maintained in a temporary disabled state that is capable of being restored to the social graph.

3.  Meta has a designated system for capturing contents of a Facebook or Instagram account. Meta routinely performs account captures in response to requests from law enforcement and other governmental entities pending receipt of valid legal process. Meta will produce account records upon receipt of valid legal process. This designated system preserves reasonably accessible and necessary user account data that is available at the time of preservation, for the Facebook or Instagram account being preserved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 4, 2024 at Austin, Texas.

DocuSigned by:

*Tyler Harmon*

DEE6652D283E495...

Tyler Harmon