**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL. RAÚL TORREZ, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>Defendants. | **PLAINTIFF STATE OF NEW MEXICO'S NOTICE OF COMPLETION OF BRIEFING OF MOTION TO REMAND**<br><br>Civil Action No. 1:23-cv-01115-MIS-KK<br><br>*Removed from First Judicial District Court, County of Santa Fe, New Mexico, Case No. D-101-CV-2023-02838* |

**PLAINTIFF STATE OF NEW MEXICO'S
NOTICE OF COMPLETION OF BRIEFING OF MOTION TO REMAND**

Pursuant to Local Rule 7.4(e), Plaintiff State of New Mexico ("State") hereby certifies that the State's Motion to Remand is ready for decision. The Motion and all related filings are as follows:

1. The State's Motion to Remand (Dkt. 9) was filed on December 21, 2023;

2. Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC's Opposition to Plaintiff State of New Mexico's Motion to Remand (Dkt. 23) was filed on January 4, 2024; and

3. The State's Reply in Support of Motion to Remand (Dkt. 24) was filed on January 8, 2024.

1

RESPECTFULLY SUBMITTED this 8th day of January, 2024.

        **RAÚL TORREZ**
        **ATTORNEY GENERAL OF NEW MEXICO**

        By counsel,

        */s/ Linda Singer*
        **LINDA SINGER** *(Pro Hac Vice)*
        **DAVID I. ACKERMAN** *(Pro Hac Vice)*
        **MOTLEY RICE LLC**
        401 9th St. N.W., Suite 630
        Washington, D.C. 20004
        Phone: (202) 232-5504
        Email: lsinger@motleyrice.com
        Email: dackerman@motleyrice.com

        **JAMES W. GRAYSON**
        **CHIEF DEPUTY ATTORNEY GENERAL**
        New Mexico Attorney General's Office
        P.O. Drawer 1508
        Santa Fe, NM 87504-1508
        Phone: (505) 218-0850
        Email: jgrayson@nmag.gov

        **SERENA R. WHEATON**
        **ASSISTANT ATTORNEY GENERAL**
        New Mexico Attorney General's Office
        Consumer & Environmental Protection Division
        201 Third St. N.W., Suite 300
        Albuquerque, NM 87102
        Phone: (505) 490-4846
        Email: swheaton@nmag.gov

## CERTIFICATE OF SERVICE

I certify that on January 8, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John C. Anderson
Olga M. Serafimova
Holland & Hart LLP
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
jcanderson@hollandhart.com
omserafimova@hollandhart.com

Nathan E. Shafroth
Covington & Burling LLP
Salesforth Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
nshafroth@cov.com

Timothy C. Hester
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20002-4956
thester@cov.com

*/s/ Linda Singer*
Linda Singer