IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL. RAÚL TORREZ, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER CONCERNING FILING OF LESS-REDACTED AMENDED COMPLAINT**<br><br>Civil Action No. 1:23-cv-01115-MIS-KK<br><br>*Removed from First Judicial District Court, County of Santa Fe, New Mexico, Case No. D-101-CV-2023-02838* |

**STIPULATION AND [PROPOSED] ORDER CONCERNING FILING OF LESS-REDACTED AMENDED COMPLAINT**

Plaintiff the State of New Mexico, together with Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, and Mark Zuckerberg (collectively, "Defendants"), respectfully submit this joint stipulation and proposed order withdrawing Plaintiff's Motion for Leave to File Less-Redacted Amended Complaint (Dkt. 32) (the "Motion for Leave") and stipulating to the filing of a less-redacted Amended Complaint attached hereto as Exhibit 1.[1]

---

[1] The less-redacted version of the Amended Complaint attached hereto does not contain additional allegations or otherwise supplant the Amended Complaint previously filed. Nor does the State, by entering into and submitting this Stipulation and Proposed Order, consent to federal jurisdiction over its claims or otherwise waive its objections to jurisdiction raised in the State's Motion to Remand (Dkt. 30).

WHEREAS, on December 5, 2023, the State filed a Complaint in this action in New Mexico state court asserting claims under the Unfair Practices Act, NMSA 1978, §§ 57-12-1 to -26 (1967, as amended through 2009) (the "UPA") and for public nuisance; and

WHEREAS, the public version of the State's Complaint contained redactions obscuring material sourced from documents or other sources that Defendants had designated as "Confidential" pursuant to a Confidentiality Agreement between Defendant Meta Platforms, Inc. and the State (*See* Dkt. 1-2 at pp. 479-80); and

WHEREAS, the New Mexico state court permitted filing of the unredacted Complaint under seal (*Id.* at 479-83); and

WHEREAS, on December 18, 2023, Defendants (excluding Mr. Zuckerberg) removed this action to this Court (Dkt. 1); and

WHEREAS, on January 9, 2024, the State filed an Amended Complaint, which contained redactions consistent with those contained in the original Complaint and limited redactions pertaining to new allegations sourced from material subject to confidentiality obligations (Dkt. 26); and

WHEREAS, on January 17, 2024, the State filed the Motion to Leave, attaching a less-redacted version of the Amended Complaint for filing (Dkt. 32); and

WHEREAS, the parties have been negotiating concerning the appropriate scope of material to remain redacted in the State's Complaint, and have reached agreement as to a significant number of redactions.

NOW, THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE AND AGREE, and request the Court to ORDER, as follows:

1. The State hereby agrees to withdraw the Motion for Leave (Dkt. 32) in light of the Parties' agreement reflected herein.

2. The Parties agree that the less-redacted version of the Amended Complaint attached hereto as Exhibit 1 should be filed on the public docket. The Parties agree that the State may file an unredacted version of the Amended Complaint under seal.

3. Defendants have agreed to respond to the State regarding those additional redactions pertaining to allegations that were made in the Amended Complaint, but not in the original Complaint, by January 29, 2024.

4. Nothing provided herein shall be construed as a party's waiver of any rights concerning the remaining redacted material in Exhibit 1. Specifically, the State reserves the right to challenge the propriety of existing redactions, and Meta reserves the right to oppose any such efforts.

RESPECTFULLY SUBMITTED this 19th day of January, 2024.

| | |
|---|---|
| RAÚL TORREZ<br>ATTORNEY GENERAL OF NEW MEXICO | HOLLAND & HART LLP<br><br>*/s/ John C. Anderson*<br>John C. Anderson |
| */s/ Linda Singer*<br>LINDA SINGER<br>DAVID I. ACKERMAN<br>MOTLEY RICE LLC<br>401 9th St. N.W., Suite 630<br>Washington, D.C. 20004<br>Phone: (202) 232-5504<br>Email: lsinger@motleyrice.com<br>Email: dackerman@motleyrice.com<br>(Admitted *Pro Hac Vice*) | Olga M. Serafimova<br>110 N. Guadalupe Street, Suite 1<br>Santa Fe, NM 87501<br>Telephone: (505) 988-4421<br>jcanderson@hollandhart.com<br>omserafimova@hollandhart.com |

<div style="display: flex;">

**JAMES W. GRAYSON**
**CHIEF DEPUTY ATTORNEY**
**GENERAL**
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: (505) 218-0850
Email: jgrayson@nmag.gov

**SERENA R. WHEATON**
**ASSISTANT ATTORNEY GENERAL**
New Mexico Department of Justice
Consumer & Environmental Protection
Division
201 Third St. N.W., Suite 300
Albuquerque, NM 87102
Phone: (505) 490-4846
Email: swheaton@nmag.gov

*Attorneys for Plaintiff the State of New Mexico*

**COVINGTON & BURLING LLP**
Nathan E. Shafroth (*Pro Hac Vice*)
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
nshafroth@cov.com

**COVINGTON & BURLING LLP**
Timothy C. Hester (*Pro Hac Vice*)
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, and Mark Zuckerberg*

</div>

## **[PROPOSED] ORDER**

Consistent with the parties' stipulation set forth above, it is hereby SO ORDERED on this

___ day of January, 2024, that:

1. Plaintiff's Motion for Leave to File Less-Redacted Amended Complaint (Dkt. 32) is hereby WITHDRAWN; and

2. The Clerk (or Plaintiff) is directed to file the less-redacted version of the Amended Complaint attached to the Stipulation as Exhibit 1 on the public docket in this action; and

3. The State shall be permitted to file an unredacted version of the Amended Complaint under seal.

_____
Hon. Margaret I. Strickland
United States District Court Judge
District of New Mexico