# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, EX REL., RAÚL
TORREZ, ATTORNEY GENERAL,

                Plaintiff,

      - v. -

META PLATFORMS, INC.; INSTAGRAM, LLC;
META PAYMENTS, INC.; META PLATFORMS
TECHNOLOGIES, LLC; and MARK
ZUCKERBERG,

              Defendants.

No. 1:23-cv-01115-DLM-KK

**DECLARATION OF BRADLEY W. DAVIS IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Bradley W. Davis, declare and state as follows:

1. I am currently employed by Meta Platforms, Inc. as the Director of Data Center Community & Economic Development.

2. I submit this declaration in support of Defendants Meta Platforms, Inc. ("Meta") and Instagram, LLC's motion to dismiss for lack of personal jurisdiction. I have personal knowledge of the facts set forth herein based on my experience as the Director of Data Center Community & Economic Development and my review of relevant records.

3. Meta's data centers are physical locations that house Meta's computing equipment and hardware (e.g., servers, data storage drives, and network equipment). Data centers, which are deployed throughout the world, serve as infrastructure necessary for Meta's apps to function.

4. The Los Lunas Data Center is the only Meta data center in the state of New Mexico.

5. The individuals who work in the Los Lunas data center are primarily facility maintenance or operations engineers and network service engineers who support the maintenance and operation of Meta's data center in the state. Data center workers are exclusively focused on Meta infrastructure maintenance and operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 22, 2024, at Chicago, Illinois.

_____
Bradley W. Davis