IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL. RAÚL TORREZ, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>Defendants. | **PLAINTIFF'S RESPONSE TO MOTION FOR EXTENSION OF PAGE LIMITS**<br><br>Civil Action No. 1:23-cv-01115-MIS-KK<br><br>*Removed from First Judicial District Court, County of Santa Fe, New Mexico, Case No. D-101-CV-2023-02838* |

**PLAINTIFF STATE OF NEW MEXICO'S RESPONSE TO
DEFENDANTS' MOTION FOR EXTENSION OF PAGE LIMITS**

Plaintiff the State of New Mexico respectfully submits this Response to the Corporate Defendants'[1] Motion for Extension of Page Limits:

1. On January 22, 2024, the Corporate Defendants filed a Motion seeking to extend the page limits for the Corporate Defendants' Motion to Dismiss to 45 pages. (Dkt. 38.) On January 23, 2024, before the Court had ruled on that motion, the Corporate Defendants filed their 45-page Motion to Dismiss. (Dkt. 39.)

2. As noted in the Corporate Defendants' Motion, the State agreed that the Corporate Defendants could file a 40-page brief, but would not agree to 45 pages. The Corporate Defendants' initial Motion to Dismiss (Dkt. 19) spanned 35 pages, and the State did not believe that the

---

[1] As used herein, the term "Corporate Defendants" refers to Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc. and Meta Platforms Technologies, LLC.

1

additional allegations in its Amended Complaint warranted an additional 10 pages of argument (more than a 25% increase from the original brief), particularly given that Defendants would be filing a second Motion to Dismiss on behalf of Mr. Zuckerberg. The State is also reluctant to agree to substantial enlargements of page limits because of the burden that places on the Court.

3. *To the extent the Court accepts the Corporate Defendants' overlength brief*, the State requests that the Court permit it to file a brief of equal length (45 pages) in response.

4. Defendants have advised that they consent to this request.

RESPECTFULLY SUBMITTED this 25th day of January 2024.

                                                              **RAÚL TORREZ**
**ATTORNEY GENERAL OF NEW MEXICO**

By counsel,

*/s/ Linda Singer*
**LINDA SINGER** *(Pro Hac Vice)*
**DAVID I. ACKERMAN** *(Pro Hac Vice)*
**MOTLEY RICE LLC**
401 9th St. N.W., Suite 630
Washington, D.C. 20004
Phone: (202) 232-5504
Email: lsinger@motleyrice.com
Email: dackerman@motleyrice.com

**JAMES W. GRAYSON**
**CHIEF DEPUTY ATTORNEY GENERAL**
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: (505) 218-0850
Email: jgrayson@nmag.gov

**SERENA R. WHEATON**
**ASSISTANT ATTORNEY GENERAL**
New Mexico Department of Justice
Consumer & Environmental Protection Division
201 Third St. N.W., Suite 300

Albuquerque, NM 87102<br>
Phone: (505) 490-4846<br>
Email: swheaton@nmag.gov

## **CERTIFICATE OF SERVICE**

I certify that on January 25, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

John C. Anderson
Olga M. Serafimova
Holland & Hart LLP
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
jcanderson@hollandhart.com
omserafimova@hollandhart.com

Nathan E. Shafroth
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
nshafroth@cov.com

Timothy C. Hester
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington, DC 20002-4956
thester@cov.com

*Counsel for Defendants Meta Platforms, Inc.;*
*Instagram, LLC; Meta Payments, Inc.;*
*Meta Platforms Technologies, LLC;*
*and Mark Zuckerberg*

<u>/s/ Linda Singer</u><br>
Linda Singer