IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, EX REL.
RAÚL TORREZ, ATTORNEY GENERAL,

    Plaintiff,

v.                                                 Civ. No. 23-1115 MIS/KK

META PLATFORMS, INC.; INSTAGRAM, LLC;
META PAYMENTS, INC.; META PLATFORMS
TECHNOLOGIES, LLC; AND MARK
ZUCKERBERG,

    Defendants.

## **ORDER**

    It is hereby ORDERED that the Court will conduct a hearing on Plaintiff's Motion for Order Requiring Defendants to Preserve Relevant Documents Concerning Meta Accounts Referenced in the Complaint (Doc. 1-2 at 465-477) on **Tuesday, February 6, 2024, at 1:30 p.m.** at the Pete V. Domenici United States Courthouse, 480 Chama Courtroom, Fourth Floor, 333 Lomas Boulevard, Northwest, Albuquerque, New Mexico. Party representatives and counsel who will not present argument may appear via Zoom Video/Web Conferencing. The Court has already scheduled the Zoom session and provided connectivity details to the parties through separate notice.

    Each party shall notify the Court by filing written notice no later than Friday, February 2, 2024, who will be attending the hearing in person to present argument on their behalf, who will be attending remotely, and whether they will present any witnesses.

    IT IS SO ORDERED.

                                                                         *Kirtan Khalsa*
                                                                     KIRTAN KHALSA
                                                                     UNITED STATES MAGISTRATE JUDGE