### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL. RAÚL TORREZ, ATTORNEY GENERAL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>　　　　　　　　　　Defendants. | **SECOND STIPULATION CONCERNING FILING OF LESS-REDACTED AMENDED COMPLAINT**<br><br>Civil Action No. 1:23-cv-01115-MIS-KK<br><br>*Removed from First Judicial District Court, County of Santa Fe, New Mexico, Case No. D-101-CV-2023-02838* |

### SECOND STIPULATION CONCERNING FILING OF
### LESS-REDACTED AMENDED COMPLAINT

Plaintiff the State of New Mexico, together with Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, and Mark Zuckerberg (collectively, "Defendants"), respectfully submit this joint stipulation stipulating to the filing of a less-redacted Amended Complaint attached hereto as Exhibit 1.[1]

WHEREAS, on December 5, 2023, the State filed a Complaint in this action in New Mexico state court asserting claims under the Unfair Practices Act, NMSA 1978, §§ 57-12-1 to -26 (1967, as amended through 2009) (the "UPA") and for public nuisance; and

---

[1] The less-redacted version of the Amended Complaint attached hereto does not contain additional allegations or otherwise supplant the Amended Complaint previously filed. Nor does the State, by entering into and submitting this Stipulation, consent to federal jurisdiction over its claims or otherwise waive its objections to jurisdiction raised in the State's Motion to Remand (Dkt. 30).

1

WHEREAS, the public version of the State's Complaint contained redactions obscuring material sourced from documents or other sources that Defendants had designated as "Confidential" pursuant to a Confidentiality Agreement between Defendant Meta Platforms, Inc. and the State (*See* Dkt. 1-2 at pp. 479-80); and

WHEREAS, on January 9, 2024, the State filed an Amended Complaint in this Court, which contained redactions consistent with those contained in the original Complaint and limited redactions pertaining to new allegations sourced from material subject to confidentiality obligations (Dkt. 26); and

WHEREAS, on January 22, 2024, the parties filed a Stipulation Concerning Filing of Less-Redacted Amended Complaint, attaching a less-redacted version of the Amended Complaint for filing (Dkt. 37); and

WHEREAS, on January 26, 2024, the Court permitted the State to file a less-redacted version of the Amended Complaint consistent with the terms of the parties' Stipulation (Dkt. 43); and

WHEREAS, on January 26, 2024, the State filed its less-redacted Amended Complaint (Dkt. 45); and

WHEREAS, the Parties' Stipulation (Dkt. 36) contemplated that Defendants would respond by January 29, 2024 concerning the propriety of additional redactions in the Amended Complaint; and

WHEREAS, Defendants responded with their positions on January 29, 2024; and

WHEREAS, the parties have now reached agreement pertaining to additional redactions of allegations made in the Amended Complaint but not the original Complaint.

NOW, THEREFORE, THE PARTIES BY COUNSEL HEREBY STIPULATE AND AGREE, and request the Court to ORDER, as follows:

1. The Parties agree that the less-redacted version of the Amended Complaint attached hereto as Exhibit 1 may be filed on the public docket.

2. Nothing provided herein shall be construed as a party's waiver of any rights concerning the remaining redacted material in Exhibit 1. Specifically, the State reserves the right to challenge the propriety of existing redactions, and Meta reserves the right to oppose any such efforts.

RESPECTFULLY SUBMITTED this 1st day of February, 2024.

| | |
|---|---|
| **RAÚL TORREZ**<br>**ATTORNEY GENERAL OF NEW MEXICO**<br><br>*/s/ Linda Singer*<br>**LINDA SINGER**<br>**DAVID I. ACKERMAN**<br>**MOTLEY RICE LLC**<br>401 9th St. N.W., Suite 630<br>Washington, D.C. 20004<br>Phone: (202) 232-5504<br>Email: lsinger@motleyrice.com<br>Email: dackerman@motleyrice.com<br>(Admitted *Pro Hac Vice*)<br><br>**JAMES W. GRAYSON**<br>**CHIEF DEPUTY ATTORNEY GENERAL**<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>Phone: (505) 218-0850 | **HOLLAND & HART LLP**<br><br>*/s/ John C. Anderson*<br>John C. Anderson<br>Olga M. Serafimova<br>110 N. Guadalupe Street, Suite 1<br>Santa Fe, NM 87501<br>Telephone: (505) 988-4421<br>jcanderson@hollandhart.com<br>omserafimova@hollandhart.com<br><br>**COVINGTON & BURLING LLP**<br>Nathan E. Shafroth (*Pro Hac Vice*)<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Telephone: + 1 (415) 591-6000<br>nshafroth@cov.com<br><br>**COVINGTON & BURLING LLP**<br>Timothy C. Hester (*Pro Hac Vice*)<br>One City Center<br>850 Tenth Street, NW |

Email: jgrayson@nmag.gov

**SERENA R. WHEATON**
**ASSISTANT ATTORNEY GENERAL**
New Mexico Department of Justice
Consumer & Environmental Protection Division
201 Third St. N.W., Suite 300
Albuquerque, NM 87102
Phone: (505) 490-4846
Email: swheaton@nmag.gov

*Attorneys for Plaintiff the State of New Mexico*

Washington, DC 20001-4956
Telephone: (202) 662-6000
thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC, and Mark Zuckerberg*