IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO, EX REL., RAÚL TORREZ, ATTORNEY GENERAL,<br><br>Plaintiff,<br><br>- v. -<br><br>META PLATFORMS, INC.; INSTAGRAM, LLC; META PAYMENTS, INC.; META PLATFORMS TECHNOLOGIES, LLC; and MARK ZUCKERBERG,<br><br>Defendants. | Civ. No. 1:23-01115 MIS-KK |

### DEFENDANTS' NOTICE OF ATTENDANCE AT HEARING ON PLAINTIFF'S MOTION FOR PRESERVATION ORDER

Pursuant to this Court's Order dated January 31, 2024 (ECF No. 52), Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC (collectively "Defendants") hereby advise the Court of the following counsel who will be attending the February 6, 2024 hearing on Plaintiff's Motion for Order Requiring Defendants to Preserve Relevant Documents Concerning Meta Accounts Referenced in the Complaint.

John C. Anderson of Holland & Hart LLP, and Isaac Chaput of Covington & Burling LLP, will attend the February 6 hearing in person as counsel for Defendants. Mr. Chaput will present argument on behalf of Defendants.

Timothy Hester and Nathan Shafroth, both of Covington & Burling LLP, are also counsel for Defendants and will attend the February 6 hearing virtually via the Zoom link provided by the Court.

Defendants do not intend to call any witnesses at the hearing.

Dated: February 2, 2024

Respectfully submitted,

By: */s/ John C. Anderson*
John C. Anderson
Olga M. Serafimova
HOLLAND & HART LLP
110 N. Guadalupe Street, Suite 1
Santa Fe, NM 87501
Telephone: (505) 988-4421
jcanderson@hollandhart.com
omserafimova@hollandhart.com

Nathan E. Shafroth (*Pro Hac Vice*)
Isaac Chaput (*Pro Hac Vice)*
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
nshafroth@cov.com
ichaput@cov.com

Timothy C. Hester (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One CityCenter 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
thester@cov.com

*Attorneys for Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., and Meta Platforms Technologies, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 2, 2024, a copy of the foregoing was filed through the court's CM/ECF system, causing it to be served by electronic mail upon the following:

James W. Grayson
Chief Deputy Attorney General
Raul Torrez, Attorney General of New Mexico
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Phone: (505) 218-0850

2

Email: jgrayson@nmag.gov

Serena R. Wheaton
Assistant Attorney General
New Mexico Attorney General's Office
Consumer & Environmental Protection Division
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Phone: (505) 490-4846
Email: swheaton@nmag.gov

Linda Singer
David I. Ackerman
Motley Rice LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Email: lsinger@motleyrice.com
Email: dackerman@motleyrice.com

*/s/ John C. Anderson*
John C. Anderson