# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse



Mitchell R. Elfers
Clerk of Court

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

February 7, 2024

Clerk of the District Court
First Judicial District Court
PO Box 2268
Santa Fe, NM 87504-2268

RE: State of New Mexico, ex rel v. Meta Platforms, Inc. et al
**1:23-CV-1115 MIS-KK**

Dear Sir or Madam:

Please find enclosed a certified copy of the Order Granting Plaintiff's Motion to Remand signed by District Judge, Margaret Strickland along with two CD's of the entire case file, remanding this case to your Court.

Yours truly,
Mitchell R. Elfers, Clerk of Court

By: _____
Deputy Clerk

Enclosures
cc: Counsel of Record/File